# Court of Appeals
# of the State of Georgia

ATLANTA,____June 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1721. JOSE DE LA ROSA et al. v. MATTHEW FRADY.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendants Jose and Keila De La Rosa appealed to the state court. The state court also ruled in favor of the plaintiff, and the De La Rosas appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, the De La Rosas were required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/03/2016_____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*